UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 20-238 PJS/LIB

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | 18 U.S.C. § 113(a)(3) |
| | 18 U.S.C. § 1151 |
| v. | 18 U.S.C. § 1152 |
| GREGORY WAYNE PARKHURST, JR., | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Assault with a Dangerous Weapon)

On or about August 29, 2020, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**GREGORY WAYNE PARKHURST, JR.,**

did assault victim G.W.P., an Indian, with a dangerous weapon, to wit: a tennis shoe, with the intent to do bodily harm, all in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1152.

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY                    FOREPERSON



SCANNED
OCT 21 2020
U.S. DISTRICT COURT MPLS