UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-0238(1) (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| GREGORY WAYNE PARKHURST, JR., | |
| Defendant. | |

Evan B. Gilead, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Sarah R. Weinman, OFFICE OF THE FEDERAL DEFENDER, for defendant.

Defendant Gregory Parkhurst, Jr., is charged with one count of assault with a dangerous weapon within the boundaries of the Red Lake Indian Reservation in violation of 18 U.S.C. §§ 113(a)(3), 1151, and 1152.  This matter is before the Court on Parkhurst's objection to Magistrate Judge Leo I. Brisbois's July 19, 2021, Report and Recommendation ("R&R").  Judge Brisbois recommends denying Parkhurst's motions to suppress statements that Parkhurst made to law enforcement and evidence obtained through execution of a warrant to search Parkhurst's Facebook account.

`       The Court has conducted a de novo review.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3).  Based on that review, the Court overrules Parkhurst's objection, adopts the R&R, and denies the motions to suppress.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES defendant's objection [ECF No. 62] and ADOPTS the R&R [ECF No. 59].  IT IS HEREBY ORDERED THAT defendant's motions to suppress [ECF Nos. 25–26] are DENIED.

Dated:  September 1, 2021

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge